[No. 34026-3-I. Division One. August 22, 1994.]

WESTERN UNITED LIFE ASSURANCE COMPANY, ET AL,
*Appellants*, v. FREDERICK R. BARKER, ET AL,
*Respondents*.

Appeal from judgments of the Superior Court for Benton
County, No. 91-2-00265-4, Fred R. Staples, J., entered No-
vember 4, 1992, and June 9, 1993. *Reversed* by unpublished
opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and
Baker, J.

[No. 30734-7-I. Division One. August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON
REYES-MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07557-0, Norma Smith Huggins, J., entered
May 13, 1992. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Coleman, J., Kennedy, J., dissenting.

[No. 32716-0-I. Division One. August 22, 1994.]

JERRY E. POHLMAN, ET AL, *Respondents*, v. ROYAL
TRUST, ET AL, *Defendants*, WASHINGTON MUTUAL, ET
AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-18538-7, Steven G. Scott, J., entered April
15, 1993. *Affirmed* by unpublished opinion per Pekelis,
A.C.J., concurred in by Baker and Kennedy, JJ.